IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>MERIDIAN GOLD COMPANY, a corporation,<br><br>        Defendant. | No. CV-F-06-0023 REC LJO<br><br>ORDER VACATING THE COURT'S ORDER ISSUED MAY 9, 2006.<br><br>(Doc. 13) |

On May 9, 2006, the Court issued an order pursuant to stipulation of the parties. However, the parties stipulated that the Order was not to be entered until 45 days after April 18, 2006.  Order 21:7-10.

**ACCORDINGLY**, the order of May 9, 2006, is VACATED.  The Court will act on Plaintiff's Unopposed Motion for Order Approving Consent Agreement at the appropriate time.

IT IS SO ORDERED.

**Dated: May 19, 2006**              /s/ Robert E. Coyle
810ha4                               UNITED STATES DISTRICT JUDGE

1