1  LINDA M. DARDARIAN, CA Bar No. 131001
   GOLDSTEIN, DEMCHAK, BALLER,
2      BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
3  Oakland, CA  94612
   (510) 763-9800
4  (510) 835-1417 (fax)
   ldar@gdblegal.com
5
   MICHAEL R. LOZEAU, CA Bar No. 142893
6  LAW OFFICES OF MICHAEL R. LOZEAU
   1516 Oak Street, Suite 216
7  Alameda, CA  94501
   (510) 749-9102
8  (510) 749-9103 (fax)
   mrlozeau@lozeaulaw.com
9
   Attorneys for Plaintiff CALIFORNIA
10 SPORTFISHING PROTECTION ALLIANCE

11 PAUL P. "SKIP" SPAULDING, III, CA Bar No. 83922
   DAVID J. LAZERWITZ, CA Bar No. 221349
12 FARELLA BRAUN & MARTEL, LLP
   235 Montgomery Street
13 San Francisco, CA  94104
   (415) 954-4400
14 (415) 954-4480 (fax)
   sspaulding@fbm.com
15 dlazerwitz@fbm.com

16
   Attorneys for Defendant
17 MERIDIAN GOLD COMPANY, INC.

18
                    UNITED STATES DISTRICT COURT
19
                    EASTERN DISTRICT OF CALIFORNIA
20

21

22 CALIFORNIA SPORTFISHING PROTECTION   )  Case No.: 1:06-cv-00023-REC-LJO
   ALLIANCE, a non-profit corporation,  )
                                        )  **STIPULATION AND ORDER AMENDING**
23           Plaintiff,                 )  **PARAGRAPH 16 OF CONSENT**
                                        )  **AGREEMENT AND ORDER ENTERED**
24 vs.                                  )  **JUNE 8, 2006**
                                        )
25 MERIDIAN GOLD COMPANY, a corporation )
                                        )
26           Defendant.                 )
                                        )
27

28

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS**, on June 1, 2005, California Sportfishing Protection Alliance ("CSPA") provided to Meridian Gold Company, Inc. and its related or affiliated entities, including Meridian Beartrack Company (collectively "Meridian"), a written notice of, among other things, alleged violations of the California Safe Drinking Water and Toxic Enforcement Act of 1986 ("Proposition 65"), which prohibits businesses from knowingly discharging or releasing listed chemicals into water or onto land where it passes or probably will pass into a source of drinking water. Cal. Health & Safety Code § 25249.5. The CSPA Notice Letter was sent to the Executive Officer of the Regional Water Quality Control Board, Central Valley Region ("Regional Board"); and to Meridian, pursuant to Cal. Health & Safety Code § 25249.7(d)(1). A true and correct copy of the CSPA Notice Letter is attached as Exhibit B to the Consent Agreement and Order, entered by this Court on June 8, 2006.

**WHEREAS**, on January 6, 2006, CSPA filed a Complaint against Meridian in the United States District Court, Eastern District of California, alleging, among other things, violations of Proposition 65. CSPA filed a First Amended Complaint ("Complaint") against Meridian on April 6, 2006. CSPA served a copy of the First Amended Complaint upon the Attorney General of the State of California on April 11, 2006.

**WHEREAS**, Meridian denies CSPA's allegations, including that it has violated Proposition 65, and denies that it has any liability whatsoever to CSPA.

**WHEREAS**, the Parties entered into a Consent Agreement on April 11, 2006, to resolve all issues raised in the First Amended Complaint, including CSPA's claim under Proposition 65, and to avoid prolonged and costly litigation of the claims raised therein.

**WHEREAS**, pursuant to California Health & Safety Code § 25249.7(f)(3), on April 13, 2006, CSPA submitted to the California Attorney General a reporting form enclosing the Consent Agreement as specified therein.

**WHEREAS**, pursuant to California Health & Safety Code § 25249.7(f)(4), on April 28, 2006, CSPA submitted the Consent Agreement to this Court upon noticed motion for approval.

**WHEREAS**, on June 8, 2006, the Court issued an order approving the Consent Agreement, after specifically finding, for purposes of California Health & Safety Code §§ 25249.5 and 25249.7(f), that: (1) the mitigation payments in lieu of penalties in Paragraph 16 of the Consent Agreement are

PDF created with pdfFactory trial version www.pdffactory.com

reasonable and appropriate in light of the statutory criteria set forth in § 25249.7(b)(2); and (2) the attorneys' fee award payment in Paragraph 19 of the Consent Agreement is reasonable under California law.  Also on June 8, 2006, the Court entered judgment in accordance with its approval order and ordered this case closed.

**WHEREAS**, pursuant to oral comments received from the Office of the California Attorney General on June 16, 2006, the parties seek to modify the Consent Agreement to clarify the description of the portion of the Proposition 65 mitigation payment CSPA is to receive pursuant to Paragraph 16 of the Consent Agreement, consistent with 11 Cal. Code Regs. § 3203(b).

**WHEREAS,** on June 16, 2006, CSPA provided the California Attorney General with notice of this amendment to the Consent Agreement along with the motion for judicial approval and supporting papers, and accordingly requests that the Court withhold approval of this Stipulation and Order Amending Paragraph 16 of the Consent Agreement until the Attorney General has 45 days from June 16, 2006 (or until July 30, 2006) to review and comment upon this amendment.

**WHEREAS,** on June 23, 2006, CSPA provided the United States Department of Justice ("US-DOJ") and Environmental Protection Agency ("EPA") with notice of this amendment to paragraph 16 of the Consent Agreement.  On that date, the US-DOJ and EPA responded orally to CSPA that they have no objection to this amendment, and they orally waived the forty-five day notice period for the Court's entering the amendment under 33 U.S.C. § 1365(c)(3).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES TO THIS ACTION, THAT:**

1. This case is reopened for the purpose of filing and approving the stipulated amendment to paragraph 16 of the Consent Agreement previously approved and entered on June 8, 2006; and

2. The last sentence of Paragraph 16 of the Parties' Consent Agreement, approved June 8, 2006, located at lines 23-24 of page 9, which reads "The remaining 25 percent ($44,375) of the payment shall be paid to CSPA consistent with Health and Safety Code § 25249.12(d)" shall be amended to provide as follows: "The remaining 25 percent ($44,375) of the payment shall be paid to CSPA to fund water quality related projects in the Littlejohns Creek watershed, the lower San Joaquin River or its tributaries, or the Sacramento-San Joaquin River Delta estuary."

PDF created with pdfFactory trial version www.pdffactory.com

Dated: July 15, 2006           California Sportfishing Protection Alliance

                               By:   /s/ Bill Jennings
                                     Bill Jennings
                                     Executive Director

Dated: July 3, 2006            Meridian Gold Company, Inc.

                               By:   /s/ Edgar A. Smith
                                     Edgar A. Smith
                                     Vice President Operations

APPROVED AS TO FORM:

Dated: June 30, 2006           GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                               DARDARIAN

                               By:   /s/ Linda M. Dardarian
                                     Linda M. Dardarian
                                     Attorneys for California Sportfishing Protection Alliance

Dated: August 1, 2006          Law Offices Of Michael R. Lozeau

                               By:   /s/ Michael R. Lozeau
                                     Michael R. Lozeau
                                     Attorney for California Sportfishing Protection Alliance

Dated: July 3, 2006            Farella, Braun & Martel LLP

                               By:   /s/ David J. Lazerwitz
                                     Paul P. "Skip" Spaulding, III
                                     David J. Lazerwitz
                                     Attorneys for Meridian Gold Company, Inc.

## ORDER

**WHEREAS,** on June 8, 2006, this Court found the Agreement, which the parties filed with the Court on April 28, 2006, to be: (1) fair, adequate and reasonable; (2) consistent with applicable laws; and (3) protective of the public interest; and specifically found, for purposes of California Health & Safety Code §§ 25249.5 and 25249.7(f), that: (1) the mitigation payments in lieu of penalties in

PDF created with pdfFactory trial version www.pdffactory.com

1  Paragraphs 15 and 16 of the Consent Agreement are reasonable and appropriate in light of the statutory
2  criteria set forth in § 25249.7(b)(2); and (2) the attorneys' fee award payment in Paragraph 19 of the
3  Consent Agreement is reasonable under California law;
4      **WHEREAS,** in accordance with these findings, on June 8, 2006, the Court issued an Order
5  approving the Consent Agreement and entered judgment thereon;
6      **WHEREAS,** the provisions of the foregoing stipulation are hereby approved;
7      **WHEREAS**, the Parties have consented to the foregoing amendment to Paragraph 16 of the
8  Consent Agreement previously approved and entered by the Court;
9      **WHEREAS**, at least 45 days have elapsed since the Attorney General of the State of California
10  was served on June 16, 2006 with a copy of this Stipulation and Proposed Order Amending Paragraph
11  16 of the Consent Agreement;
12      **WHEREAS**, the Court further specifically finds, for purposes of California Health & Safety
13  Code §§ 25249.5 and 25249.7(f), that: (1) the mitigation payments in lieu of penalties in Paragraph 16
14  of the Consent Agreement, as amended above, are reasonable and appropriate in light of the statutory
15  criteria set forth in § 25249.7(b)(2); and
16      **WHEREAS**, good cause appearing therefor,
17      1.    THIS CASE IS REOPENED FOR THE PURPOSE OF FILING AND APPROVING
18  THE STIPULATED AMENDMENT TO PARAGRAPH 16 OF THE CONSENT AGREEMENT
19  PREVIOUSLY APPROVED AND ENTERED ON JUNE 8, 2006;
20      2.    THE AMENDMENT TO PARAGRAPH 16 OF THE CONSENT AGREEMENT AND
21  ORDER, stating that "The remaining 25 percent ($44,375) of the payment shall be paid to CSPA to
22  fund water quality related projects in the Littlejohns Creek watershed, the lower San Joaquin River or
23  its tributaries, or the Sacramento-San Joaquin River Delta estuary," IS HEREBY APPROVED AND
24  JUDGMENT IS ENTERED IN ACCORDANCE THEREWITH; and
25  ///
26  ///
27  ///
28  ///

STIPULATION AND ORDER AMENDING PARAGRAPH 16 OF CONSENT AGREEMENT AND ORDER ENTERED JUNE 8,
2006 - CASE NO.: 1:06-CV-00023-REC-LJO

PDF created with pdfFactory trial version www.pdffactory.com

3. This Court shall retain and have jurisdiction over CSPA and Meridian Gold Company, Inc. with respect to implementation of the terms of their Consent Agreement and the resolution of any disputes that may arise under that Consent Agreement, as provided therein.

Dated: August 9, 2006

/s/ ROBERT E. COYLE
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com